RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/9/14
  MB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARC S. PICHONOT (#A078-348-093) | DOCKET NO. 14-cv-2221; SEC. P |
| VERSUS | JUDGE DRELL |
| IMMIGRATION & CUSTOMS | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41.3 of the Local Rules of the Western District of Louisiana.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 8th day of December, 2014.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT